```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION


RUBY HARRIS, Individually and
on Behalf of K.W., K.W., H.M.,
and C.M., Minor Children, and
as Representative of the Estate
of Cherise Monk                                          PLAINTIFF

VS.                         CIVIL ACTION NO. 5:10-cv-113(DCB)(RHW)

MYLAN, INC., MYLAN PHARMACEUTICALS,
INC., AND ENTITY DOES I THROUGH VI                      DEFENDANTS
```

## ORDER

This cause is before the Court on the Mylan defendants' motion to file exhibits under seal **(docket entry 37)** and motion for summary judgment **(docket entry 38)**.  Inasmuch as the parties have announced settlement, pending Chancery Court approval, the Court finds that the motions should be denied without prejudice;

Accordingly,

IT IS HEREBY ORDERED that Mylan, Inc., and Mylan Pharmaceuticals, Inc.'s motion to file exhibits under seal **(docket entry 37)** and motion for summary judgment **(docket entry 38)** are DENIED WITHOUT PREJUDICE.

SO ORDERED, this the 14th day of September, 2012.


                                    /s/ David C. Bramlette
                                    UNITED STATES DISTRICT JUDGE